IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MALIK E. FORTES,

      Appellant,

v.

      Case No. 5D21-2015
      LT Case No. 2019-CF-003485-A-Y

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 8, 2022

Appeal from the Circuit Court
for Marion County,
Steven G. Rogers, Judge.

Matthew J. Metz, Public Defender, and Victoria
Rose Cordero, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Roberts J. Bradford, Jr., Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

      AFFIRMED.

EVANDER, WALLIS and EISNAUGLE, JJ., concur.